UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GARRY WORMWOOD,<br><br>            Plaintiff,<br><br>  vs.<br><br>OREGON DEPARTMENT OF<br>REVENUE, et al,<br><br>            Defendants. | NO.  CV-07-0360-LRS<br><br>ORDER OF DISMISSAL |

    On November 7, 2007, plaintiff Garry Wormwood filed a pro se Complaint with this Court against the Oregon Department of Revenue. (Ct. Rec. 1).  Under 28 U.S.C. §1915, district courts are required to screen *pro se* complaints for legal and factual sufficiency.  On December 14, 2007, the Court conducted the required screening and determined Plaintiff's Complaint failed to comply with Federal Rule of Civil Procedure 8(a).  (Ct. Rec. 3).  In the December 14, 2007 "Order to Amend Complaint" (Ct. Rec. 3), the Court directed plaintiff to file an amended complaint in compliance with the Federal Rules Of Civil Procedure 8(a) by January 15, 2008.  Plaintiff filed a timely "First Amended Complaint" on January 14, 2008 (Ct. Rec. 6).  Thereafter, the Court screened the Amended Complaint for legal and factual sufficiency as it had done with the original Complaint.  Once again, Plaintiff has

ORDER OF DISMISSAL - 1

failed to comply with Rule 8(a).  The Amended Complaint does not state grounds upon which the Court's jurisdiction is based, explain why Plaintiff is entitled to relief, or make a demand for relief.  Id.  Because plaintiff has failed to file an amended complaint in compliance with Rule 8(a), the Court hereby dismisses Plaintiff's action without prejudice.

**IT IS HEREBY ORDERED**: Plaintiff's action is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, enter judgment accordingly, provide a copy to plaintiff, and **CLOSE THIS FILE.**

**DATED** this     22nd   day of January, 2008.

*s/Lonny R. Suko*

LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL – 2